## VERIFIED RETURN OF PROCESS

| | |
|---|---|
| **Date Received:** 11/04/2005 | **CaseNumber:** 05-80992-CIV-MARRA |
| TODD AUGENBAUM | **Court:** USDC S DISTRICT FL |
| | **Date/Hour:** / /  0:00 M |
| | 20 DAYS FROM SVC |
| VS | |
| ROBERT GENOVESE | **Writ Type:** SUMMONS IN A CIVIL CASE |
| | COMPLAINT AND EXHIBITS |

**To:** ROBERT GENOVESE 2424 N FEDERAL HWY BOCA RATON FL 33431

RECEIVED THIS WRIT ON **11/04/2005** AT **4:50 P** M AND ON **3/16/2006** AT **7:02 A** M THE FOLLOWING TYPE OF SERVICE WAS COMPLETED ON THE WITHIN NAMED **ROBERT GENOVESE** IN **PALM BEACH** COUNTY FLORIDA.

**X  NO SERVICE**

For the reason that after diligent search and inquiry failed to find said **ROBERT GENOVESE** in **PALM BEACH** county, Florida.

**Comments:** NUMEROUS ATTEMPTS, UNABLE TO MAKE CONTACT WITH SUBJECT. PAPER OUT OF DATE RETURNED N/S

ATTORNEY: DAVID J. GEORGE, ESQUIRE
LERACH COUGHLIN STOIA & ROBBINS
197 SOUTH FEDERAL HIGHWAY, STE 200
BOCA RATON, FL 33432

| | |
|---|---|
| FEES FOR SERVICE: | 99.00 |
| 2ND ADDRESS | 99.00 |
| TOTAL: | 198.00 |
| PAID: | |
| **BALANCE:** | **198.00** |

The foregoing instrument was acknowledged before me this March 16, 2006 by DAVID DENNIS-LEIGH Process Server who is personally known to me and who did take an oath.

NOTARY PUBLIC STATE OF:

Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.
FL Statute: FS 92.525 (2)

BY:
PRINTED NAME: DAVID DENNIS-LEIGH
PB:253  DADE:274  BSO:101
___ I acknowledge that I am a Certified Process Server in the circuit in which this defendant was served, am in good standing and have no interest in the above action.

**ADVANTAGE SERVICES COMPANY**
PO BOX 11229, POMPANO BEACH FL 33061-7229
NATIONWIDE: 800-924-6427  LOCAL: 954-946-6483  FACSIMILE: 954-942-1148

# UNITED STATES DISTRICT COURT
## Southern District of Florida



Case Number **05-80992 CIV-MARRA**

TODD AUGENBAUM,

                      Plaintiff,

v.

ROBERT GENOVESE,

                      Defendant.

**MAGISTRATE JUDGE SELTZER**

## SUMMONS IN A CIVIL CASE

TO:   (name and address of defendant)

       **ROBERT GENOVESE**
       **2424 N. Federal Highway**
       **Boca Raton, Florida 33431**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

       David J. George, Esq.
       Robert J. Robbins, Esq.
       LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
       197 South Federal Highway, Suite 200
       BOCA RATON, FLORIDA 33432

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                          NOV - 4 2005

CLERK                                                  DATE

(BY) DEPUTY CLERK